UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

CASE NO.: 4:19-cv-00012-JEG-RAW

## AFFIDAVIT OF SERVICE

**CLARK et al.**

      Plaintiff/Petitioner,

vs.

**FRONTIER AIRLINES, INC.**

      Defendant/Respondent.

_____/

Received by **Absolute Serving** on **03/15/2019** to be served upon:

**FRONTIER AIRLINES, INC.**

  ss.

I, **ALYSON DEMOSS**, being duly sworn on oath, and over the age of 18 years, do hereby depose and state that:

On **03/15/2019** at **12:46 PM**, I served the within **SUMMONS IN A CIVIL ACTION; COMPLAINT with Attachments; LOCAL RULE 7.1 PACKET** on **FRONTIER AIRLINES, INC.** at **505 5TH AVE, STE 729, Des Moines, IA 50309** in the manner indicated below:

**CORPORATE SERVICE:** I served the same on the above company, corporation, government official, etc, by delivering a copy to the person named and described below at the address shown above. :

NAME: **VICKI REED @ CORPORATION SERVICE COMPANY** TITLE/RELATION: **REGISTERED AGENT**

Description of person served:
Sex: Female – Age: 50+ – Skin: White – Hair: Blonde – Height: 5'4 – Weight: 130

Fee For Service: **$80.00**

Sworn to and subscribed before me on this

15th day of March, 2019

by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

JULIA MCMAHON
Commission Number 741404
My Commission Expires
6-23-2021

X _____
ALYSON DEMOSS

Independent Contractor for:

Absolute Serving
680 18th Street
Des Moines, IA  50314

Atty File#: **CLARK**  - Our File# **27026**