IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADELINE CLARK, *et. al*, ) | Case No. 4:19-cv-00012-RP-CFB |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **APPEARANCE** |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

Matthew C. McDermott of Belin McCormick, P.C. hereby enters his appearance as counsel for Defendant, Frontier Airlines, Inc., in the above-entitled matter.

BELIN McCORMICK, P.C.

By: *Matthew C. McDermott*
Matthew C. McDermott

666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4643
Facsimile: (515) 558-0643
E-mail:  mmcdermott@belinmccormick.com

ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

- 2 -

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the parties to this action by serving a copy upon party listed below on April 5, 2019 by

☒ Electronic Filing System ☐ Other _____

Kellie L. Paschke
Skinner & Paschke, PLLC
204 West Hickman Road
Waukee, IA 50263
kellie@splawiowa.com; beth@splawiowa.com

Jason D. Walke
Walke Law, LLC
204 West Hickman Road
Waukee, IA 50263
jwalke@walkelaw.com; nphifer@walkelaw.com

Signature: */s/ Lori McKimpson*

F0765\0002\(3256220.1)