IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ADELINE CLARK, et al., | |
| Plaintiff(s), | Case No. 4:19-cv-00012-RP-CFB |
| vs. | |
| FRONTIER AIRLINES, INC., | MOTION FOR ADMISSION PRO HAC VICE |
| Defendant(s). | |

_____

_____Chris A. Hollinger_____, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of __Defendant__, _____Frontier Airlines, Inc._____.

_____Chris A. Hollinger_____ is a member in good standing of the bar of _____California_____ and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with pro hac vice representation in this case.

_____Chris A. Hollinger_____ agrees to comply with the associate counsel requirements of LR 83.1.d.3 by associating with _____Matthew C. McDermott_____, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

/s/ Chris A. Hollinger
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
E-Mail: chollinger@omm.com