IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ADELINE CLARK, *et. al*, | ) Case No. 4:19-cv-00012-RP-CFB |
| Plaintiffs, | ) |
| v. | ) **DEFENDANT FRONTIER AIRLINES, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| FRONTIER AIRLINES, INC., | ) |
| Defendant. | ) |

Defendant Frontier Airlines, Inc. ("Frontier") hereby moves to dismiss Plaintiffs' Complaint (ECF No. 1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

As explained in the accompanying brief, Plaintiffs' claim for breach of collective bargaining agreement (Count I) raises a "minor dispute" under the Railway Labor Act, 45 U.S.C. §§ 151 *et seq.* (the "RLA"), subject to the "mandatory, exclusive and comprehensive jurisdiction" of an arbitration tribunal known as a "board of adjustment." *Bhd. of Locomotive Eng'rs v. Louisville & Nashville R.R.*, 373 U.S. 33, 38 (1963). Here, the Frontier Flight Attendants' System Board of Adjustment conducted an arbitration, as required by the RLA, and then issued a unanimous decision rejecting Plaintiffs' claim. Count I in Plaintiffs' Complaint is thus effectively a request for judicial review of the arbitration decision. Unfortunately for Plaintiffs, the scope of judicial review of RLA arbitration decisions has been described as "among the narrowest known to the law," *Union Pac. R.R. Co. v. Sheehan*, 439 U.S. 89, 91 (1978) (emphasis added; quotation marks omitted), and Plaintiffs' Complaint contains literally no allegations to support judicial review of the arbitration decision. As a result, Plaintiffs' claim in Count I should be dismissed for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiffs' derivative claims in Counts II and III of their Complaint, for promissory estoppel and unjust enrichment under Iowa law, should be dismissed pursuant to Rule 12(b)(6) because there was an express agreement (i.e., the collective bargaining agreement) between the parties covering the same subject matter as those claims.

          BELIN McCORMICK, P.C.

By: *Matthew C. McDermott* (signature)
    Matthew C. McDermott
    Ryan G. Koopmans

666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4643; (515) 283-4617
Facsimile: (515) 558-0643; (515) 558-0617
E-mail:  mmcdermott@belinmccormick.com;
rkoopmans@belinmccormick.com

Chris A. Hollinger (*pro hac vice* pending)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
E-mail: chollinger@omm.com

ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the parties to this action by serving a copy upon party listed below on April 5, 2019 by

☑ Electronic Filing System  ☐ Other _____

Kellie L. Paschke
Skinner & Paschke, PLLC
204 West Hickman Road
Waukee, IA 50263
kellie@splawiowa.com; beth@splawiowa.com

Jason D. Walke
Walke Law, LLC
204 West Hickman Road
Waukee, IA 50263
jwalke@walkelaw.com; nphifer@walkelaw.com

Signature:   */s/ Lori McKimpson*

F0765\0002\(3256636.1)