**FRONTIER.**

Frontier Airlines, Inc.  P 720.374.4200  frontierairlines.com
Frontier Center One   F 720.374.4376
7001 Tower Road
Denver, CO 80249

October 11, 2011

Erika Schweitzer
AFA-CWA
MEC President
14209 East Arizona Avenue
Aurora, CO 80012

Re: *Flight Attendant Restructuring Investments*

Dear Erika:

The following memorializes the agreement between Frontier Airlines, Inc. (the "Company") and AFA-CWA regarding the Flight Attendant Restructuring Investments:

1. Effective January 1, 2012, all Longevity steps, for the purposes of pay rates only, will be frozen for one year (e.g. a Flight Attendant at a Step 6 and scheduled to go to a Step 7 on January 15, 2012, will remain at a Step 6 until January 15, 2013 at which time the Flight Attendant would progress to Step 7. Thereafter the Flight Attendant would continue to move to the next Longevity step on each subsequent January 15th until January 15, 2016, at which time the original suspended step will "snap back" and be included in the Longevity calculation.)

2. Sick accruals will be reduced from ten days per year to 3.87 hours per month, with a sick hour replenishment plan.

3. Vacation credit reduced from a seniority-based credit per day to three hours per day, regardless of seniority.

4. Suspension of the Company's matching contribution to the 401k Plan. The Company's matching contribution to the 401K Plan will be reinstated if the Company posts 2 straight years of pre-tax profits in excess of 5%, after profit sharing. The Company retains the right to restore the Company's matching contribution partially or fully in its discretion. Effective with the first paycheck in July 2016, the Company's matching contribution to the 401k Plan will be reinstated.

5. Overtime threshold increased from 82 to 86 hours.

*A whole different animal.*

**FRONTIER.**

Frontier Airlines, Inc.   P 720.374.4200   frontierairlines.com
Frontier Center One      F 720.374.4375
7001 Tower Road
Denver, CO 80249

6. Paid Holidays reduced from seven to three, in exchange for two free roundtrip buddy passes (if the Flight Attendant actually works on the four holidays that were reduced).

7. Reduction of per diem from $1.90/hour to $1.85/hour.

8. Reinstatement of Longevity, overtime threshold, per diem and holiday pay if the Company is profitable for two consecutive years with pretax profits in excess of 5%, after profit sharing.

Sincerely,

Jacalyn W. Peter
Sr. Mgr., Labor Relations
Frontier Airlines, Inc.

Agreed to:

Erika Schweitzer
MEC President
AFA-CWA

*A whole different animal.*