Letter of Agreement
between
ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO
and
FRONTIER AIRLINES, INC.

**Early Out Program**

This Letter of Agreement is made and entered into in accordance with the provisions of the Railway Labor Act, as amended, by and between FRONTIER AIRLINES, INC., (the "Company") and the ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO (the "Union") effective as of the March 15, 2017 (the "Effective Date"). The Company has determined to offer eligible Flight Attendants the one-time opportunity under a program (the "Early Out Program") to bid for an award (an "Early Out Award") that provides for a severance payment and, in certain cases, flight benefits, upon the terms and subject to the conditions set forth below.

A. <u>Early Out Program</u>

1. <u>Eligibility</u>. A Flight Attendant shall be eligible to bid for an award under the Early Out Program if (but only if) such Flight Attendant: (a) is on active Company payroll or an approved leave of absence as of the last day of the month immediately preceding the month of separation and (b) has reached five years on the Frontier Flight Attendant Seniority List as of January 1, 2017.

2. <u>Early Out Award</u>. The Early Out Award that eligible Flight Attendants may bid on consists of a single lump sum payment (the "Early Out Payment") in the gross amount set forth below based on seniority as recognized by the Union. Early Out Payments shall be made, less applicable withholdings, on the first payroll date following the date the eligible Flight Attendant's Release of Claims is effective and irrevocable.

| Seniority | Early Out Payment |
|---|---|
| 5 - 6 | $16,000 |
| 6 - 7 | $21,000 |
| 7 - 8 | $23,000 |
| 8 - 9 | $27,000 |
| 9 - 10 | $30,000 |
| 10 - 11 | $33,000 |
| 11 - 12 | $35,000 |
| 12+ | $37,000 |

In addition, Flight Attendants who are not eligible to receive retiree flight benefits in connection with the Flight Attendant's separation under the Early Out Program will be provided three years of post-employment flight benefits in all ways equivalent to the Company's retiree flight benefits (as such benefits may be amended from time to time).

3. <u>Election and Allocation of Available Spaces</u>. Twenty-five (25) Early Out Awards will be available to allocate to eligible Flight Attendants during each month beginning September 1, 2017 and ending October 31, 2018. Eligible Flight Attendants must notify the Company and the Union of their desire to participate in the Early Out Program by April 15, 2017 pursuant to an election form to be provided by the Company, which election form shall indicate the month(s) on which the Flight Attendant wishes to bid for an Early Out Award. Available Early Out Awards in the Early Out Program will be granted on the basis of

1

seniority as maintained by the Union, and the Company will notify the eligible Flight Attendants of their participation as soon as reasonably practicable but in no event later than May 15, 2017.

4. **Acceptance of Early Out Awards.** The Company or the Union will notify eligible Flight Attendants who are granted Early Out Awards in accordance with Section A.3 above. Notified Flight Attendants will have thirty (30) days to accept the Early Out Award, revoke the Early Out Award and/or re-bid on another Early Out Award. After the expiration of such 30-day period, accepted Early Out Awards shall be irrevocable and the Flight Attendant must separate employment on the scheduled separation date. Notwithstanding the foregoing, in the event of a hardship, a Flight Attendant may apply for cancellation of his or her Early Out Award, such application to be provided to the Company and the Union by the Flight Attendant no later than fourteen (14) days prior to the scheduled separation date. The Company and a representative of the Union will jointly determine whether to approve such cancellation, provided, that the cancellation of the Early Out Award on account of a hardship will not be unreasonably denied.

5. **Conditions to Payment.** Payment of any Early Out Payment shall be subject to the Eligible Flight Attendant's continued employment in good standing with the Company until his or her agreed upon separation date as well as the eligible Flight Attendant's delivery to the Company of a general release of claims against the Company in a form reasonably acceptable to the Company (the "Release of Claims") that becomes effective and irrevocable within the thirty (30) day period following the scheduled separation date.

**B. Miscellaneous**

1. **Entire Agreement.** This Letter of Agreement constitutes the entire understanding of the parties with respect to the subject matter hereof. Any representation, warranty, promise or condition, whether written or oral, not specifically incorporated herein, shall not be binding or of any force or effect upon the parties.

2. **No Implied Changes to Flight Attendant Agreement:** This Letter of Agreement does not modify the Frontier Airlines Flight Attendant Contract 2011-2016, dated as of October 14, 2011, as amended, except as specifically provided herein.

3. **Governing Law.** Any dispute regarding the application or interpretation of this Letter of Agreement shall be resolved in accordance with the terms of Articles 18 and 19 of the Frontier Flight Attendant Contract 2011-2016, dated as of October 14, 2011, as amended (the "CBA") as required by Section 204, Title II of the Railway Labor Act, as amended.

IN WITNESS WHEREOF, the parties have signed this Agreement this 15th day of March, 2017

FRONTIER AIRLINES, INC.

*/s/ Howard Diamond*

Howard M. Diamond
General Counsel and Secretary

ASSOCIATION OF FLIGHT
ATTENDANTS, AFL-CIO

*/s/ Sara Nelson*

Name:
International President

*/s/*

Name:
MEC President

*/s/*

Name:
Senior Staff Attorney

2

US-DOCS\83003499.1