# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| ADELINE CLARK, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>FRONTIER AIRLINES, INC.<br><br>    Defendant. | Case No. 4:19-cv-00012-JEG-RAW<br><br><br>**NOTICE OF<br>CHANGE OF ADDRESS** |

COMES NOW the undersigned and hereby notifies the Clerk of Court of the following change of address effective September 26, 2019.

Kellie L. Paschke
Skinner & Paschke, PLLC
1454 30th Street, Suite 102
West Des Moines, IA  50266

Jason D. Walke
Walke Law, LLC
1441 29th Street, Suite 310
West Des Moines, IA 50266

                                        Respectfully submitted,

                                        */s/ Kellie L. Paschke*
                                        Kellie L. Paschke AT# 0006038
                                        SKINNER & PASCHKE, PLLC
                                        1454 30th Street, Suite 102
                                        West Des Moines, IA  50266
                                        Telephone:     (515) 987-0022
                                        Facsimile:      (515) 987-6972
                                        E-Mail:  kellie@splawiowa.com
                                        E-Mail:  beth@splawiowa.com

                                                */s/ Jason D. Walke*  
                                                Jason D. Walke, AT# 0008230  
                                                WALKE LAW, LLC  
                                                1441 29th Street, Suite 310  
                                                West Des Moines, IA 50266  
                                                Telephone: (515) 421-4026  
                                                Facsimile: (515) 216-2261  
                                                E-Mail: jwalke@walkelaw.com  
                                                E-Mail: nphifer@walkelaw.com  

                                                ATTORNEYS FOR PLAINTIFFS