**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| ADELINE CLARK, et al. | Case No. 4:19-cv-00012-JEG-RAW |
|    Plaintiffs, | |
| vs. | |
| FRONTIER AIRLINES, INC. | **NOTICE OF**<br>**APPEAL** |
|    Defendant. | |

Notice is hereby given that all Plaintiffs, except Amy Jo Dolan and Angella Farnan, in the above named case, hereby appeal to the United States Court of Appeals for the 8th Circuit from a final Judgment granting Defendant's Motion to Dismiss entered in this action on the 31st day of December, 2019.

Respectfully submitted,
*/s/ Kellie L. Paschke*
Kellie L. Paschke AT# 0006038
SKINNER & PASCHKE, PLLC
1454 30th Street, Suite 102
West Des Moines, IA  50266
Telephone:     (515) 987-0022
Facsimile:      (515) 987-6972
E-Mail:  kellie@splawiowa.com
E-Mail:  beth@splawiowa.com

*/s/ Jason D. Walke*
Jason D. Walke, AT# 0008230
WALKE LAW, LLC
1441 29th Street, Suite 310
West Des Moines, IA 50266
Telephone:  (515) 421-4026
Facsimile:  (515) 216-2261
E-Mail:  jwalke@walkelaw.com
E-Mail:  nphifer@walkelaw.com
ATTORNEYS FOR PLAINTIFFS

1